40130. CITY OF HIAWASSEE v. SMITH et al.

PER CURIAM.

After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore vacated.

*All the Justices concur, except Marshall, P. J., Weltner and Bell, JJ., who dissent.*

DECIDED FEBRUARY 22, 1984 —
REHEARING DENIED MARCH 14, 1984.

*Martin W. Welch,* for appellant.

*Hicks, Maloof & Campbell, Bruce M. Edenfield, J. David Dantzler, Jr., Whelchel, Dunlap & Gignilliat, Weymon H. Forrester, Oliver & Oliver, Robert F. Oliver, William R. Oliver,* for appellees.

*Scoggins, Ivy, Goodman & Weiss, Charles H. Ivy, Arlene L. Coleman, Kevin P. O'Mahony,* amicus curiae.